**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00397-CV**
_____

**SIVA P. TAYI AND SUDHA TAYI, Appellants**

**V.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09673-CV**

**MEMORANDUM OPINION**

Appellants, Siva P. Tayi and Sudha Tayi, filed a motion to dismiss their appeal. In their motion, the Tayis state the parties have reached a settlement in the case they filed their notice to appeal. The Tayis moved to dismiss their appeal voluntarily and before this Court ruled on their appeal. *See* Tex. R. App. P. 42.1(a)(1). Additionally, no other party appealed from the final judgment the trial court rendered in the case. Accordingly, we grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 9, 2020
Opinion Delivered December 10, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.